*Peter Toumbekis*
*Attorney at Law*
*526 Monroe Street*
*Brooklyn, NY 11221*

(917) 325-3574　　　　　　　　　　　　　　　　　　　　　　　Fax: (718) 443-3782

August 28, 2018

Judge Kathleen Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE:**　**USA v. Fikri Nagi (1:15 cr 00554 KPF-10)**

Dear Judge Polk Failla:

　　I am respectfully requesting to change Mr. Nagi's surrender date from 2PM on September 21, 2018 to 2PM on November 21, 2018.

　　Mr. Nagi's wife was scheduled to give birth on June 27, 2018, however, due to unexpected and serious complications she had to undergo emergency surgery to save her and the new born child's life. As a result of the complications and surgery, Mr. Nagi's wife is not mobile and the child was born premature.

　　The Doctor advises that Mrs. Nagi will need further assistance and a lengthier recovery time. I would greatly appreciate your understanding and compassion in extending the Surrender date.

　　I submit this request with the consent of the U.S. Attorney's Office.

　　Thank you in advance for your consideration.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Peter Toumbekis, Esq.

cc: AUSA Max Nicholas